UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**MICHAEL CELSO,** *on behalf of himself and all others similarly situated,*

Plaintiff,

v.

**LYONS BANCORP, INC. d/b/a THE LYONS NATIONAL BANK,**

Defendant.

Case No.: 6:22-CV-06393-CJS

---

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Michael Celso, by and through his counsel, hereby dismisses all causes of action set forth herein pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 24, 2023

Respectfully submitted,

/s/ James Bilsborrow
James Bilsborrow
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
(212) 558-5500
jbilsborrow@weitzlux.com

Christopher D. Jennings*
Tyler B. Ewigleben*
Johnson Firm
610 President Clinton Avenue, Suite 300
Little Rock, Arkansas 72201
(501) 372-1300
chris@yourattorney.com
tyler@yourattorney.com

**SO ORDERED.**

Date:   April 25, 2023
        Rochester, New York

*Pro Hac Vice* applications to be submitted

*Counsel for Plaintiff and the Proposed Class*

Signed:

_____
CHARLES J. SIRAGUSA
United States District Judge